# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRELL D. BAUER,
                    Appellant,
        vs.
LAS VEGAS PROFESSIONAL GROUP-
CALARCO, P.C.,
                    Respondent.

No. 83043

FILED

SEP 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a postjudgment order. Eighth Judicial District Court, Family Court Division, Clark County; Soonhee Bailey, Judge.

Because it appeared that the notice of appeal had been filed after the timely filing of a tolling motion, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant has responded and concedes that the notice of appeal was prematurely filed and informs this court that the district court removed consideration of the motion for reconsideration from its calendar on the ground that the court had lost jurisdiction when the notice of appeal was filed. Appellant states that he has moved to place the motion back on the district court's calendar and asks this court to suspend briefing in this appeal until the motion is resolved. The filing of a timely tolling motion tolls

21-26143

the time for an appeal to this court and this court lacks jurisdiction over such an appeal. *See* NRAP 4(a)(2). Accordingly, the appeal is dismissed.

It is so ORDERED.[1]



_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Soonhee Bailey, District Judge, Family Court Division
        Hutchison & Steffen, LLC/Las Vegas
        Las Vegas Professional Group-Calarco, P.C.
        Eighth District Court Clerk

---

[1]The notice of appearance filed August 27, 2021, by attorneys Joshua H. Reisman and Robert R. Warns III of Reisman Sorokac is approved. The clerk shall add these attorneys as counsel of record for respondent.